IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINT BANK INTERNATIONAL, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS OF PUERTO RICO, *et al.*, <br><br> Defendants. | CIVIL NO. 18-1441 (JAG) |

PARTIAL JUDGMENT

Pursuant to this Court's Order, Docket No. 20, Partial Judgment is hereby entered **DISMISSING WITHOUT PREJUDICE** Plaintiffs' Fourteenth Amendment claims (the fourth and fifth causes of action in the Complaint, Docket No. 1 at 26-39); and **DISMISSING WITH PREJUDICE** Plaintiffs' First Amendment claims against co-Defendants George R. Joyner-Kelly and Iris Nereida Jiménez.

IT IS SO ORDERED.

In San Juan, Puerto Rico this March 31, 2019.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE