UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Mint Bank International, LLC and Guy Gentile Nigro<br><br>*Plaintiffs,*<br><br>- against -<br><br>Office of the Commissioner of Financial Institutions of Puerto Rico,<br><br>*Defendant.* | Case No.: 3:18-cv-01441-WGY |

### INFORMATIVE MOTION REGARDING SETTLEMENT AND TO LEAVE IN ABEYANCE PRETRIAL PROCEEDINGS

TO THE HONORABLE COURT,

NOW COME Plaintiffs Mint Bank International, LLC and Guy Gentile Nigro, through the undersigned attorneys, and respectfully state and pray:

During February 2021, Plaintiffs and Defendant embarked on settlement negotiations in the captioned case. On the date of this motion the parties have finally reach an agreement regarding the terms of a settlement that would put an end to the litigation.

However, Defendant's counsel has advised us that Puerto Rico Government policy and internal processes require that any settlement agreement involving an agency or dependency of the Puerto Rico government must be submitted to the committee on settlements of the Puerto Rico Justice Department for approval prior to entering into or execution. The parties do not foresee any obstacles to obtaining the committee's approval of the settlement and anticipate that the process will take no more than 20 days.

Upon consultation with Defendant's counsel and with his authorization, Plaintiffs hereby request that the case be stayed for 21 days and that the pretrial (scheduled for March 25, 2021)

be held in abeyance, to allow Defendant to complete the authorization process; so that the parties can formalize the settlement agreement and inform the Court by no later than April 8, 2021. The stay will benefit all parties and the proceedings by avoiding unnecessary expense and procedures, as the parties fully expect to be able to put an end to the litigation.

WE HEREBY CERTIFY that on this same date Plaintiffs filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

Respectfully submitted,

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA, P.S.C.

s/ Katarina Stipec Rubio
USDCPR 206611
Katarina Stipec Rubio
208 Ponce de Leon Avenue, Suite 1600
San Juan, Puerto Rico, 00918
(787) 281-1852  kstipec@amgprlaw.com

Adam Ford
FORD O'BRIEN LLP
Adam Ford
575 Fifth Avenue
17th Floor
New York, NY 10017
(212) 858-0040
aford@fordobrien.com

*Counsel for Plaintiffs*

Dated: San Juan, Puerto Rico
March 19, 2021