**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| GUY GENTILE NIGRO, et al | CIVIL NO. 18-1441 (WGY) |
| Plaintiffs | |
| v. | |
| COMMISSIONER OF FINANCIAL INSTITUTIONS OF PUERTO RICO | RE.: First Amendment, Injunctive Relief |
| Defendants | |

**INFORMATIVE MOTION AND FOR ENLARGEMENT OF STAY**
**IN ORDER TO COMPLETE SETTLEMENT PROCESS**

TO THE HONORABLE COURT:

COMES NOW Defendant the *Office of the Commissioner of Financial Institutions of the Commonwealth of Puerto Rico* (the "OCFI" or "Defendant"), through the undersigned attorney and without waving any right or defense arising from Title III of Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. §§ 2101 *et seq.* and without submitting to the Court's jurisdiction, and respectfully set forth and pray:

On March 19, 2021, Plaintiffs' filed motion styled *Informative Motion Regarding Settlement and to Leave in Abeyance Pretrial Proceedings*, with the undersigned's consent, in order to complete the settlement process required by the PR Department of Justice for any settlement agreement involving an agency or dependency of the Puerto Rico government. See Docket 70. The goal was to complete the process by today, April 9, 2021.

However, because the process is not yet finalized and upon consultation with Plaintiffs' counsel and with her authorization, Defendant hereby requests that the stay in the present case

be enlarged by 21 days, that is, until April 30, 2021, so that the parties can formalize the settlement agreement, complete its approval process and inform the Court by even date.

The requested enlargement of the stay will benefit all parties and the proceedings by avoiding unnecessary expense and procedures, as the parties fully expect to be able to put an end to the litigation.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant the instant motion and the stay enlargement requested herein.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system, which will send notification of such filing to all parties and attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this 9th day of April 2021.

**DOMINGO EMANUELLI HERNÁNDEZ**
Secretary of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Deputy Secretary in Charge of Civil
Litigation

**IDZA DÍAZ RIVERA**
Director of Federal Litigation
and Bankruptcy Division

*s/* **Rafael B. Fernández Castañer**
USDC No. 225112
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, PR  00902-0192
Tel.: (787) 721-2900, x-1423, 22, 21
Email: rfernandez@justicia.pr.gov