UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO


CIVIL NO. 18-cv-01441-WGY

_____x

Mint Bank International, LLC and Guy Gentile Nigro,


*Plaintiffs*,
          -against-

Office of the Commissioner of Financial Institutions of
Puerto Rico et al.


*Defendants*.
_____x

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs, Mint Bank International, LLC and Guy Gentile Nigro (collectively, "Plaintiffs"), by and through undersigned counsel, and respectfully states and request:

1.  Plaintiffs and Defendant Office of the Commissioner of Financial Institutions of Puerto Rico have reached a *private* settlement by which they have resolved the controversies between them in this litigation.

2.  Pursuant to and as required under the settlement reached between the parties, plaintiffs seek voluntary dismissal of this litigation, with prejudice as to all defendants

**WHEREFORE**, Plaintiffs respectfully requests this Honorable Court dismiss the present case with prejudice as to all defendants.

**RESPECTFULLY SUBMITTED.**

1

In San Juan, Puerto Rico, this June 17, 2021.

**WE HEREBY CERTIFIED** that on this same date, a true and exact copy of the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record in this case.

**Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C**.

208 Ponce de León Ave., Suite 1600
San Juan, PR 00918
Phone: (787) 281-1952 Fax (787) 756-9010

*Counsel for Plaintiffs*

*s/ Katarina Stipec-Rubio*
Katarina Stipec Rubio, Esq.
USDCPR No. 206611
kstipec@amgprlaw.com

2